No. 67, Orig. IDAHO EX REL. EVANS, GOVERNOR OF IDAHO, ET AL. *v.* OREGON ET AL. Report of Special Master received and ordered filed. Exceptions, if any, with supporting briefs, to the Report of the Special Master may be filed by the parties on or before May 3, 1979. Reply briefs, if any, to such exceptions may be filed on or before June 2, 1979. The Solicitor General is invited to file a brief in this case expressing the views of the United States. [For earlier order herein, see, *e. g.,* 431 U. S. 952.]

No. A–715. CLARK ET AL. *v.* O'BRIEN ET AL. Sup. Ct. N. J. Reapplication for stay, addressed to MR. JUSTICE BLACKMUN and referred to the Court, denied.

No. 77–1511. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* ELLIOTT ET AL. C. A. 9th Cir. [Certiorari granted, 439 U. S. 816.] Motion of Gray Panthers for leave to file a brief as *amicus curiae* granted.

No. 77–1645. TRANSAMERICA MORTGAGE ADVISORS, INC. (TAMA), ET AL. *v.* LEWIS. C. A. 9th Cir. [Certiorari granted, 439 U. S. 952.] Motion of Mary Sullivan et al. for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for divided argument granted.

No. 77–1844. CITY OF MOBILE, ALABAMA, ET AL. *v.* BOLDEN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 439 U. S. 815]; and

No. 78–357. WILLIAMS ET AL. *v.* BROWN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 439 U. S. 925.] Motion of appellees to consolidate these cases for oral argument granted. Allocation of time and order of argument as set forth in the motion are approved.

No. 78–223. NATIONAL LABOR RELATIONS BOARD *v.* BAPTIST HOSPITAL, INC. C. A. 6th Cir. [Certiorari granted, 439 U. S. 1065.] Motion of Local 150–T, Service Employees International Union, AFL–CIO, for leave to intervene granted.